UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| Grayling Reaves,<br><br>    Plaintiff,<br><br>vs.<br><br>GC Services, L.P., et al.,<br><br>    Defendants. | Case No.: 1:10-cv-00261-WMN |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that Defendant, GC Services, L.P., and Plaintiff, Grayling Reaves ("Plaintiff") have reached a settlement in the above-captioned case. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: March 30, 2010

Respectfully submitted,

PLAINTIFF,
Grayling Reaves

/s/ Forrest E. Mays
Forrest E. Mays, Esq. (07510)
Law Office of Forrest E. Mays
2341 N. Forest Drive, Suite 90
Annapolis, MD 21401
Telephone: (410) 267-6297
Facsimile: (410) 267-6234
Email:  mayslaw@mac.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2010, a true and correct copy of the foregoing Notice of Settlement was filed electronically with the U.S. District Court ECF system and that the document is available on the ECF system.

By: /s/ Forest E. Mays
Forest E. Mays, Esq.