**UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION**

| | |
|---|---|
| Grayling Reaves,<br><br>                Plaintiff,<br>   v.<br><br>GC Services, L.P.; and<br>DOES 1-10, inclusive,<br><br>                Defendant. | Civil Action No.: 1:10-cv-261<br><br>**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE <u>PURSUANT TO RULE 41(a)</u>** |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITH PREJUDICE
<u>PURSUANT TO RULE 41(a)</u>**

    Plaintiff, Grayling Reaves, by his attorney, hereby withdraws his complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A).

Dated: 4/28/2010

                                        Respectfully submitted,

                                        By: /s/ Forrest E. Mays_____

                                        Forrest E. Mays (Bar No. 07510)
                                        2341 N Forrest Drive, Suite 90
                                        Annapolis, MD  21403
                                        Telephone: (410) 267-6297
                                        Facsimile: (410) 267-6234
                                        Email: mayslaw@mac.com
                                        MD Bar No. 07510

                                        Of Counsel To:
                                        LEMBERG & ASSOCIATES L.L.C.
                                        A Connecticut Law Firm
                                        1100 Summer Street, 3 rd  Floor
                                        Stamford, CT 06905
                                        Telephone: (203) 653-2250
                                        Facsimile:  (877) 795-3666
                                        ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 28, 2010, I electronically filed the foregoing with the Clerk of the United States District Court, District of Maryland, Northern Division, using the CM/ECF system.

      By:  /s/ Forrest E. Mays  
      Forrest E. Mays